IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

SHIRLEY J. NAILER-BREWER
a/k/a SHIRLEY JEAN BREWER
a/k/a SHIRLEY JEAN EMANUEL
a/k/a SHIRLEY JEAN NAILER-BREWER
a/k/a SHIRLEY JEAN NAILER,

               Debtor.

NO. 19-17390
CHAPTER 13

JUDGE JACK B. SCHMETTERER

## NOTICE OF MOTION

TO:

Shirley J. Nailer-Brewer
6411 S. Campbell
Chicago, IL 60629
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor    **BY ELECTRONIC TRANSMISSION**
Tom Vaughn, Chapter 13 Trustee       **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on October 23, 2019, at 10:00a.m.., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable JACK B. SCHMETTERER, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom** #682, **Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 9th day of October, 2019.

                                BY:       /s/ Terri M. Long
                                         TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | |
| | NO.  19-17390 |
| SHIRLEY J. NAILER-BREWER | CHAPTER 13 |
| a/k/a SHIRLEY JEAN BREWER | |
| a/k/a SHIRLEY JEAN EMANUEL | |
| a/k/a SHIRLEY JEAN NAILER-BREWER | |
| a/k/a SHIRLEY JEAN NAILER, | |
| | |
| Debtor. | JUDGE JACK B. SCHMETTERER |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its successors and/or assigns, (hereinafter referred to as "Movant") a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On June 19, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 6411 South Campbell Avenue, Chicago, Illinois 60629. As of September 29, 2019, the total debt was $65,710.97.

3. According to the Debtor's confirmed plan, the Debtor is the disbursing agent for all post-petition mortgage payments to creditor.

4. The Debtor has caused a default in post-petition monthly mortgage payments in the amount of $1,359.00 as of September 29, 2019.

5. SPECIALIZED LOAN SERVICING, LLC services the loan on the Property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

6. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to foreclose its security interest in certain real estate, with a common address of 6411 South Campbell Avenue, Chicago, Illinois 60629, and for such other and further relief as this Court may deem just.

SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its Successors and/or Assigns