| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Shirley J Nailer-Brewer |
| Case No.: | 19-17390 |
| Loan No.: | xxxxxx4002 |
| Our File No.: | 4128-N-9968 |
| Collateral: | 6411 South Campbell Avenue, Chicago, Illinois 60629 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 9/29/2019 |
| Initial Due Date: | 7/1/2019 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 7/1/2019 | $ 377.34 | $ - | $ (377.34) | Payment Accrued |
| | $ - | 8/1/2019 | $ 490.83 | $ - | $ (490.83) | Payment Accrued |
| | $ - | 9/1/2019 | $ 490.83 | $ - | $ (490.83) | Payment Accrued |
| Total: | $ - | | $ 1,359.00 | $ - | $ (1,359.00) | |

| Delinquent Payments | Days Delinquent: | 90 | | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 7/1/2019 | $ 186.73 | $ 190.61 | $ - | $ 377.34 |
| 8/1/2019 | $ 186.73 | $ 304.10 | $ - | $ 490.83 |
| 9/1/2019 | $ 186.73 | $ 304.10 | $ - | $ 490.83 |
| Delinquency | | | | $ 1,359.00 |
| Less Suspense | | | | $ - |
| Total Delinquency | | | | $ 1,359.00 |