**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)__Shirley J. Nailer-Brewer_____Case No.__19-17390_ Chapter 13
All Cases:  Name of Moving Creditor SPECIALIZED LOAN SERVICING, LLC SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2, its Successors and/or Assigns
Date Case Filed 6/19/19

Nature of Relief Sought:  X Lift Stay    Annul Stay    Other (describe)_____

Chapter 13:  Date of Confirmation Hearing_____ or Date Plan Confirmed___9/4/19_
Chapter 7:    No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting_____

1.   Collateral
     a. X Home 6411 South Campbell Avenue, Chicago, Illinois 60629
     b.   Car Year, Make and Model_____
     c.   Other _____

2.   Balance Owed as of Petition Date $65,710.97 as of 9/29/19
     Total of all other Liens against Collateral $1,725.00

3.   In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.   Estimated Value of Collateral  $81,000.00 per Schedule A/B

5.   Default
     a.      Pre-Petition Default
             Number of months _____           Amount  $_____
     b.     X   Post-Petition Default
             i.      X   On direct payments to the moving creditor
                     Number of months 3 as of 9/29/19      Amount $1,359.00
             ii.         On payments to the Standing Chapter 13 Trustee
                     Number of months _____      Amount $ _____

6.   Other Allegations
     a.      Lack of Adequate Protection § 362 (d)(1)
             i.      No insurance
             ii.     Taxes unpaid       Amount $ _____
             iii.    Rapidly depreciating asset _____
             iv.     Other _____

     b.     No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

     c.      Other "Cause" § 362 (d)(1)
             i.      Bad Faith (describe) _____ _____
             ii.     Multiple filings _____
             iii.    Other (describe) _____

     d.     Debtor's Statement of Intention regarding the Collateral
             i.  Reaffirm   ii.  Redeem   iii.  Surrender   iv.   No Statement of Intention Filed

Date:  10/9/19                                     _____/s/ Terri M. Long_____
                                                         Counsel for Movant